

**KWADWO AFFRAM ASIEDU & PARTNERS**

**PATAWOTUO CHAMBERS**

*Lawyers, Notaries, Privacy Consultants*

0207 455 625, 0244 744161, 0244 275385
info@asiedulegal.com
21 Samora Machel Rd. Asylum Down. Accra | GPS - GA-049-0823
P. O. Box AN 15697 Accra - North

**March 4, 2026**

**The Honorable Rebecca Goodgame Ebinger**

**U.S. District Judge**

## RE: CHARACTER REFERENCE FOR - NAABANYIN ANIAGYEI-COBBOLD

Your Honor,

I am writing to you today with a heavy heart to offer a character reference for my cousin, Naabanyin Aniagyei-Cobbold. I am a management staff with the Ghana Revenue Authority and lawyer in good standing, I also hold a master's in Law degree in Tax Law Policy and practice from the university of Ghana, LL.B. (Hons) Ghana institute of management and Public Administration, Qualifying Certificate in Law (QCL), Ghana School of Law, BSc Finance, University of Ghana and a Partner, Kwadwo Affram Asiedu and Partners. I am 44 years old, married, and a father of four.

I understand that Naabanyin is appearing before you for sentencing regarding a charge to which he has pleaded guilty. While I do not presume to know every detail of the legal proceedings, I feel it is my duty to share my perspective on the young man I have known throughout his life in Ghana and since he joined his father, Nana Yaw Aniagyei-Cobbold, in the United States. I firmly believe this incident represents a profound and isolated departure from his true character.

Naabanyin is a devoted son and a caring brother who lives with his parents and siblings in East Hartford. His family is the center of his world, and he is cherished for his humility and his sense of humor. He has always been known as a calm, level-headed individual who is not easily provoked. Academically, he has remained dedicated, consistently striving to build a positive and productive future for himself.

Most importantly, Naabanyin is a person of deep and sincere faith. As a committed Christian, he takes his moral and spiritual obligations seriously and is generally a positive influence on those around him. This is precisely why the current situation is so shocking and heartbreaking for our entire family. Adding to our grief is the recent passing of his mother, a revered Queenmother, who passed away in February and remains unburied. This loss has been devastating for Naabanyin and the family.

*Partners:*

*Kwadwo Affram Asiedu, Esq. Howard Albert Quaye, Esq. Kwame Oppong - Ntim, Esq. Eugene Danso Cobbold, Esq*

Your Honor, this singular moment of misjudgment and "infantile stupidity"—as regrettable as it is—does not define him. This unintended fallibility is entirely out of character. As his older cousin and a member of the bar, I am personally crestfallen and have struggled to reconcile the Naabanyin I know with the behavior that led to this charge.

I believe his recent actions stem from a moment of profound naivety rather than a malicious or criminal mindset. He has expressed deep, sincere remorse. I have witnessed the heavy toll this process has taken on him and his parents; he is keenly aware of the gravity of his mistake and the disappointment he has caused.

I respectfully ask that you consider these aspects of his character when determining his sentence. A non-custodial sentence would allow him to continue supporting his family, pursue his career, and remain active in his church community, where he draws his strength. I firmly believe he has the foundation and the family support necessary to learn from this experience and remain a productive member of society without the need for incarceration.

Thank you for your time and for the difficult work you do in balancing justice with mercy.

Respectfully,

**Eugene Danso Cobbold, Esq.**

KWADWO AFRAM ASIEDU & PARTNERS
(PATAWOTUO CHAMBERS)
21 SAMORA MACHEL ROAD
ASYLUM DOWN, ACCRA

To Whom It May Concern,

My name is NaCari Martin. I am a Part 107 Ground School instructor, and I have known Naab for the past three years. We met through his sister, Bena, who is a dear friend of mine.

Naab is a very giving and loving brother to Bena and to his other siblings as well. His consistent commitment to showing up for others in multiple capacities is the reason I am writing this letter. He has always been the type of person to make sure everyone else in the room is okay, even if it means putting his own needs aside.

He has personally helped me during an important time in my life. When I was self-studying for my Part 107 exam, I hit a mental roadblock and felt overwhelmed. Naab took the time to create a study guide for me with clear tips and structure. That support helped me earn an 87 percent on the exam, which is 8 percent above the national average. Without his guidance, I would have felt unsupported and may not have even had the confidence to take the exam. This is just one example of the many ways he has positively impacted my life and the lives of others.

I truly believe that his current situation stems from his strong desire to help others. I understand that the events that occurred do not reflect who he is at his core. Like many people, he made a mistake, and this is his first encounter with the law.

Imprisonment would be deeply harmful not only to Naab, but to his family and community. He is a source of strength and stability to those around him. He is always looking for ways to improve situations and support the people he cares about. He is someone others rely on.

I respectfully ask that you consider the full scope of who Naab is as a person. I believe he will learn from this experience and move forward with greater awareness and responsibility. He is capable of growth, and he deserves the opportunity to continue contributing positively to the lives of those around him.

Thank you for your time and consideration.

Sincerely,


NaCari Martin

Dear Sir/Madame,

My name is Fiifi Acquah-Cobbold. I am a Mechanical Estimator currently working at Dodd Group in Northampton, United Kingdom.

I have known my cousin for many years with countless phone calls, video calls and finally meeting up in 2019 when I visited the United States where I stayed with my uncle and cousins for 2 weeks as they showed me the country. Upon my visit my cousin showed me Connecticut and also took me to New York as well which was amazing. My cousin is more of a brother to me if anything as he's helped me and supported me at my lowest times where I didn't really have anyone to open up to and that's something I'm always grateful for. For example, when my late older sister passed away the support my cousin gave me during a difficult moment in my life where I struggled to come to terms of her death, it meant the world to me. Even the times when I was studying my University degree and was in a difficult financial situation where I struggled at times to put food on the table, my cousin supported me when he didn't even have to and I am so grateful for that because those where the times where he could've easily turned a blind eye and ignore me but my cousin showed a lot a love and support through my toughest times and that's why I hold him to the highest regards.

I have never known my cousin to step out of character in anyway whatsoever. From the first time getting to meet him to the present day he has been nothing but decent, honest, loving and caring and I could never imagine him being involved in anything that is deemed to break any law. I know his goals and ambitions as they align with mine in terms of being a good man and ensuring to bring good positivity and inspire others when it comes to starting a business such as it clothing brand which is phenomenal.

Imprisonment would be detrimental not just to me but to our family. I know he's a good man and I know he has a good heart with only good intentions. As I mentioned before even though he is my cousin he is more of my older brother I can always go to for anything because I know when he gives me advice about anything I know it comes from the heart and he not only inspires me to be the best version of myself but the responsibilities he takes on to look after his siblings, his father (my uncle) and his mother, he not being there I feel it would be catastrophic.

I plead with you take everything into consideration and ask for mercy to spare him imprisonment. I know my cousin is a good man and I hope the right decision will be made.

Thank you for taking the time to read my letter.

My Kindest regards,


Fiifi Acquah-Cobbold

Apostle Cheryl Fortson
Full Gospel Foundation Building Mininstrues Int'l Worship Center
42 E Dudley Town Road
Bloomfield, CT 06002

To Whom It May Concern,

I am writing this letter in full support of Naabanyin Aniagyei-Cobbold in both my capacity as a pastor and the grandmother of his Fiancé, Ms. Cheyna Fortson.

In my 42 years of pastoral service, my calling in ministry has allowed me to see individuals at their highest and their lowest. I have advised many through serious legal, financial and health issues. I truly understand the seriousness of this legal matter and I believe in accountability. I also believe in a person's ability to redeem themselves, to grow from their mistakes, and I believe in the power of change.

When my late husband passed in 2020, it was one of the most difficult seasons of my life. Beyond my public role as a Pastor, I was grieving a profound loss as a wife. During that time, Naab always gave me immense comfort and stepped up in subtle but quite meaningful ways. He checked on me, offered help wherever he could and made sure my granddaughter and our entire family felt supported. Grief reveals true character, and I know Naab to be capable of empathy, compassion, responsibility and care. This is the person I've always known Naab to be.

I have had a very personal one-on-one conversation with Naab in recent days. He has expressed true remorse and understands the seriousness of his actions. Hel has humbled himself before God and expressed a deep desire to learn from his actions and not be defined by them.

As both a spiritual leader to Naab and a grandmother, I do not believe this matter is a true reflection of Naab's character. He has a very strong support system, a lovely young lady that loves him and a community built in faith that will continue to guide him.

I ask that you consider his character and these words I have mentioned here before you as a request for grace in sentencing. Naab is committed to building a responsible future, filled with a love for God. Thank you for your consideration.


Sincerely,

*Apostle Cheryl Fortson*

Apostle Cheryl Fortson
Full Gospel Foundation Building Ministries Int'l Worship Center

# DAYSHA FORTSON

340 Rockwell Avenue
Bloomfield, CT
dayshafortson@yahoo.com
(860) 305-8660

**Re:** Naabanyin Aniagyei-Cobbold

3rd March

**Dear Honorable Judge,**

I have known Naabanyin as a good friend and future brother-in law for over ten years. I was both troubled and surprised to hear about his recent case as he has always been a rather solid, genuine and kind hearted person. It is for this reason I am happy to write a letter of reference for Naabanyin regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Naabanyin has always been there for me, from heartbreaks, personal matters and just helping me to understand things I may not know. He's always there to help uplift my spirits and encourage me when I may have self doubt. He has truly been a good friend that I've had in my life. In addition to our friendship, he has always been a great addition to our family. His commitment to family values and dedication to helping others has been evident in every aspect of his life. Whether lending a helping hand to family members and friends in need, Naabanyins selflessness and generosity consistently stand out.

I believe Naabanyin deserve a chance to redeem himself and show that what occurred was a genuine mistake. He is a person of integrity, compassion, and responsibility. I have seen him navigate difficult situations with a calm demeanor and positive attitude, always seeking to make the best decisions for himself and those around him. I hope this letter helps the court take into consideration the positive qualities and contributions of Naabanyin when deciding this case.

Sincerely,

Daysha Fortson

# MARCUS JARVIS

55 Hartland Street
Hartford, CT

marcus.jarvis1998@gmail.com
(413) 275-9395

3rd March

**Re:** Naabaniyan Aniagyei-Cobbold

**Dear Honorable Judge,**

My name is Marcus I Jarvis. I'm writing this letter on behalf of my good friend Naabanyin Aniagyei-Cobbold. It is to my understanding that he is facing legal proceedings in this honorable court.

I've known Naabanyin for the past 5 years, and during that time he's been a kind and genuinely great person to cross paths with. He always answers the phone, he's very close with his family, he's the first one to help out clean up after a family gathering, and he always keeps his word.

I can honestly say Naabanyin is a person of genuine character and deserves a second chance. I pray that these letters are not in vain and that you take them into consideration when making that final decision.

Please reach out for any additional questions, I'm more than happy to help, you can reach me at (413) 275-9395 or Marcus.jarvis1998@gmail.com

Thank you for your time,

**Sincerely,**

*M. Jarvis*

**Marcus Jarvis**